■ In the Matter of ALLEN CAPPELLAZZI, Respondent, v JOHN TOTO, Appellant, and ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents.—In a proceeding to validate petitions designating petitioner-respondent as a candidate in the election to be held on May 3, 1977, for the public position of Member of the New York City Community School Board, District 25, the appeal is from a judgment of the Supreme Court, Queens County, dated April 15, 1977, which (1) granted the application and (2) directed the board of elections to place petitioner's name upon the appropriate ballot. Judgment reversed, on the law, without costs or disbursements, application denied, and the board of elections is directed to remove petitioner's name from the ballot in question. It was error for Special Term to proceed with the trial since one of the objectors, Joan H. Reed, was not named as a party and was not served (see *Matter of Butler v Hayduk,* 37 NY2d 497). Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.

■ In the Matter of LESTER KLEIN, Appellant, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and SANDRA D. DAVIS, et al., Respondents. In the Matter of MIRIAM J. KLUSKY et al., Respondents, v LESTER KLEIN, Appellant, and JOSEPH J. PREVITE et al., Constituting the Board of Elections of the City of New York, Respondents.—In proceedings to (1) validate petitions designating Lester Klein as a candidate in the election to be held on May 3, 1977 for the public position of Member of the New York City Community School Board, District 11, and (2) invalidate the said petitions, the appeals, which have been transferred to this court by an order of the Appellate Division, First Department, dated April 19, 1977, are from two judgments of the Supreme Court, Bronx County, both dated April 11, 1977 and made after a hearing, (1) the first of which denied the application to invalidate the petitions and (2) the second of which granted the application to invalidate the petitions.